```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

S2 ART GROUP, LTD,  :  ECF Case

    Plaintiff,  :  No. 09-CV-4763-(CM)

-against-  :  **STIPULATION OF EXTENSION OF TIME TO ANSWER**

DAVID & GOLIATH, INC. and TODD GOLDMAN,  :

    Defendants.  :  FILED ELECTRONICALLY

----------------------------------------x

    Plaintiff S2 Art Group, Ltd. and Defendants David & Goliath and Todd Goldman (collectively "D&G"), through their undersigned counsel, hereby stipulate and agree that the time for D&G to serve an Answer or to otherwise move in response to the Complaint shall be on or before July 10, 2009.

Dated: New York, New York
       June 16, 2009

EDWARD C. GREENBERG, P.C.

_____
Edward C. Greenberg (ECG-5533)
570 Lexington Avenue, 17th Floor
New York, NY 10022
Tel: (212) 697-8777
Attorney for Plaintiff

COWAN, LIEBOWITZ & LATMAN, P.C.

_____
Ariana S. Cohen (asc@cll.com)
Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9237
Attorneys for Defendants

IT IS SO ORDERED, this 18 day of June 2009.

_____
U.S.D.J.

27535/065/1115686.1