*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

S2 ART GROUP, LTD.,

        Plaintiff,

-against-

DAVID & GOLIATH, INC. and TODD GOLDMAN,

        Defendants,
-----------------------------------------------------------------x
DAVID & GOLIATH, INC.,

        Counter-Plaintiff,

-against-

S2 ART GROUP, LTD.,

        Counter-Defendant,

-and-

RE GALLERY/ATELIER, INC., JACK GALLERY, LTD., and JACK SOLOMON,

        Third-Party Defendants.
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/10

ECF Case

09-CV-4763 (CM)

**NOTICE OF DISMISSAL**

**Error! Unknown document property name.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby dismiss this action and all counterclaims with prejudice and without costs or disbursements to any party.

Dated: New York, New York
July 27, 2010

EDWARD C. GREENBERG, P.C.

By: _____
Edward C. Greenberg
570 Lexington Avenue
17th Floor
New York, NY 10022
Tel: (212) 697-8777
Attorneys for Plaintiff and
and Counter-Defendant

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Ariana S. Cohen (asc@cll.com)
Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
Attorneys for Defendants and Counterclaimant

So Ordered:

_____
U.S.D.J.
8/2/10

2

Error! Unknown document property name.